UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 25-mj-8254-RMM

UNITED STATES of AMERICA

V.

Uciel PEREZ-RODRIGUEZ
   a/k/a Uciel RODRIGUEZ-PEREZ
   a/k/a Darricks RODRIGUEZ-LOPEZ,

       Defendant.
_____/

FILED BY SP D.C.
May 13, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)? NO

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? NO

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? NO

4. Did this matter involve the participation of or consultation with now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? NO

                        Respectfully submitted,

                        HAYDEN P. O'BYRNE
                        UNITED STATES ATTORNEY

By: _____
Brian D. Ralston
Assistant United States Attorney
Court ID No.: A5502727
500 S. Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Telephone: (561) 820-8711
Email: Brian.Ralston@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Uciel PEREZ-RODRIGUEZ a/k/a Uciel RODRIGUEZ-PEREZ | ) ) ) ) | Case No. 25-mj-8254-RMM |

*Defendant(s)*

FILED BY ___SP___ D.C.
May 13, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **May 4, 2025** in the county of **Palm Beach** in the **Southern** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Re-entry After Removal |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Deportation Officer Andy Korzen, ICE
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by **FaceTime**

Date: 5/13/25

_____
*Judge's signature*

City and state: West Palm Beach, Florida       Ryon M. McCabe, United States Magistrate Judge
*Printed name and title*

**AFFIDAVIT
OF
ANDY KORZEN
UNITED STATES DEPARTMENT OF HOMELAND SECURITY
IMMIGRATION AND CUSTOMS ENFORCEMENT**

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over twenty-one years. I am currently assigned to the ICE Enforcement and Removal Operations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Uciel PEREZ-RODRIGUEZ, also known as Uciel RODRIGUEZ-PEREZ, and Darricks RODRIGUEZ-LOPEZ committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a).

3. On or about May 4, 2025, Uciel PEREZ-RODRIGUEZ was arrested in Palm Beach County, Florida on charges of driving without a driver's license and two separate outstanding warrants for violation of probation on prior convictions for driving under the influence out of Palm Beach and Polk counties. He was booked and detained at the Palm Beach County Jail.

4. A review of the immigration records shows that Uciel PEREZ-RODRIGUEZ is a native and citizen of Guatemala. Records further show that on or

about October 8, 2004, Uciel PEREZ-RODRIGUEZ was voluntarily removed to Mexico, as at that time he identified himself as Darricks RODRIGUEZ-LOPEZ, a citizen of Mexico.

5. Thereafter, Uciel PEREZ-RODRIGUEZ re-entered the United States illegally, and on or about June 25, 2018, was ordered removed. The Order of Removal was executed on or about July 11, 2018, whereby Uciel PEREZ-RODRIGUEZ was removed from the United States and returned to Guatemala.

6. Thereafter, Uciel PEREZ-RODRIGUEZ re-entered the United States illegally and was expelled from the United States and returned to Mexico under provision of Title 42, United States Code, Section 265 on two separate occasions, on or about following dates: February 12, 2021, and February 14, 2021.

7. Uciel PEREZ-RODRIGUEZ's fingerprints taken in connection with his May 4, 2025, arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is Uciel PEREZ-RODRIGUEZ.

8. A record check was performed in the Computer Linked Application Informational Management System to determine if Uciel PEREZ-RODRIGUEZ filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Uciel PEREZ-RODRIGUEZ obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

9. Based on the foregoing, I submit that probable cause exists to believe that, on or about May 4, 2025, Uciel PEREZ-RODRIGUEZ, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

_____
Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this /3 day of May 2025.

_____
HONORABLE RYON M. McCABE
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: Uciel Perez-Rodriguez a/k/a Uciel Rodriguez-Perez a/k/a Darricks Rodriguez-Lopez

**Case No**: 25-mj-8254-RMM

Count #: 1

Illegal Re-entry into the United States After Removal

8 U.S.C. § 1326(a)
* **Max. Term of Imprisonment:** 2 years
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:** 1 year
* **Max. Fine:** $250,000
* **Special Assessment:** $100

*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.